```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
                    Criminal No. 09-131 (MJD/SRN)
```

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
v.                             )    FINAL ORDER OF
                               )    FORFEITURE
RAMON CAMPOS GARIBAY           )
a/k/a Jose Luis Campos,        )
                               )
            Defendant.         )

WHEREAS, on October 23, 2009, this Court entered a Preliminary Order of Forfeiture forfeiting a Ruger .357 revolver handgun, serial number 17486141 to the United States, pursuant to 21 U.S.C. § 853(a);

WHEREAS, the plaintiff posted a Notice of Criminal Forfeiture for at least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on November 5, 2009, providing notice of the government's intention to dispose of the above-described property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the above-described property; and

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. all right, title and interest in the Ruger .357 revolver handgun, serial number 17486141, is hereby forfeited to and vested in the United States of America pursuant to 21 U.S.C. § 853(a); and

2. the Ruger .357 revolver handgun, serial number 17486141, shall be disposed of by the United States Marshals Service in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 10, 2010         s/Michael J. Davis
                              MICHAEL J. DAVIS, Chief Judge
                              United States District Court